United States District Court
District of Minnesota

---

Brenda Calloway Colvin,            Case No. 20-CV-0639 (DSD/HB)

    Plaintiff,

v.                                 **ORDER**

Hennepin County Attorney's
Office, et al.,

    Defendants.

---

This matter comes before the court upon the report and recommendation (R&R) of United States Magistrate Judge Hildy Bowbeer dated July 15, 2020. No objections have been filed to the R&R in the time period permitted.

Based on the R&R and the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The R&R [ECF No. 12] is adopted in its entirety;

2. All claims within the complaint [ECF No. 1] based on international-law sources are dismissed with prejudice;

3. All claims against Defendants Michael K. Browne and DeChristopher Granger are dismissed without prejudice for failure to state a claim, and Browne and Granger are dismissed from this action;

4. Defendants Hennepin County Attorney's Office, Hennepin County Child Protective Services, and Plymouth Police Department are dismissed from this action;

5.  Colvin's remaining § 1983 claims against Hennepin County and the City of Plymouth are dismissed without prejudice for failure to state a claim;

6.  The court declines to exercise supplemental jurisdiction over any remaining state-law claims in the complaint;

7.  The IFP Application [ECF No. 2] is denied as moot; and

8.  This action is dismissed.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: August 11, 2020          s/David S. Doty
                                David S. Doty, Judge
                                United States District Court